```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANK JAROSZ, an individual    :   CIVIL ACTION
on behalf of himself and       :
others similarly situated      :
                               :
          v.                   :
                               :
ST. MARY'S MEDICAL CENTER      :   NO. 10-3330
```

ORDER

AND NOW, this 22nd day of September, 2014, upon consideration of the Plaintiff's Motion for Class Certification of the Pennsylvania State Class Pursuant to Federal Rule of Civil Procedure 23 (Docket No. 72), the defendant's opposition thereto, the plaintiff's reply, Defendant St. Mary Medical Center's Motion to Decertify the Conditionally Certified Collective Action and Deny Certification of the Putative Class Action (Docket No. 73), the plaintiff's opposition thereto, and the defendant's reply, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the Plaintiff's Motion is DENIED and the Defendant's Motion is GRANTED.  The parties shall report to the Court by October 14, 2014, as to how they would like to proceed, in view of the Court's decision.

BY THE COURT:

<u>/s/Mary A. McLaughlin</u>

MARY A. McLAUGHLIN, J.